THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BENNIE F. GATES, Defendant-Appellant.

(No. 57566; )

First District (5th Division)—August 24, 1973.

PER CURIAM.
ENGLISH, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Suzanne M. Kohut and Robert Gevirtz, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Patricia Campbell Bobb, Assistant State's Attorneys, of counsel,) for the People.